ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: adrienne.publicover@wilsonelser.com
CHARAN M. HIGBEE (SBN: 148293)
Email: charan.higbee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants,
**THE PERMANENTE MEDICAL GROUP, INC.**
**in its capacity as Plan Administrator and THE PERMANENTE**
**MEDICAL GROUP, INC. LONG TERM DISABILTY**
**PLAN FOR PHYSICIANS**

JULIAN M. BAUM (SBN 130892)
Email: JMB@JMBLawGroup.com
LISA A. LAWRENCE (SBN 132310)
Email: LAL@JMBLawGroup.com
**JULIAN M. BAUM & ASSOCIATES**
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 963-4424
Facsimile: (888) 452-3849

Attorney for Plaintiff,
**THOMAS A. GONDA, JR., M.D.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. GONDA, JR., M.D., an individual, <br><br> vs. <br><br> THE PERMANENTE MEDICAL GROUP, INC. in its capacity as Plan Administrator; THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILTY PLAN FOR PHYSICIANS, | Case No.: 3:11-cv-01363-SC <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** <br><br> Action Filed: March 22, 2011 |

1

1   **IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between plaintiff Thomas A. Gonda, Jr., M.D. ("plaintiff") and defendants The Permanente Medical Group, Inc. in its capacity as Plan Administrator and The Permanente Medical Group, Inc. Long Term Disability Plan for Physicians ("defendants"), through their attorneys of record, as follows:

   1.  Defendants were served with the Summons and Complaint on or about May 6, 2011 and their responses to the Complaint currently are due on or before May 27, 2011;

   2.  Plaintiff and defendants have agreed that defendants may have an extension to and including June 27, 2011 to answer or otherwise respond to the Complaint; and

   3.  This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Dated: May 25, 2011                              WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP


                                        By:      /s/ Charan M. Higbee
                                                 ADRIENNE C. PUBLICOVER
                                                 CHARAN M. HIGBEE
                                                 Attorneys for Defendants,
                                                 THE PERMANENTE MEDICAL GROUP,
                                                 INC. in its capacity as Plan Administrator and
                                                 THE PERMANENTE MEDICAL GROUP,
                                                 INC. LONG TERM DISABILITY PLAN FOR
                                                 PHYSICIANS

Date: May 26, 2011                               JULIAN M. BAUM & ASSOCIATES


                                        By:      /s/ Julian M. Baum
                                                 JULIAN M. BAUM
                                                 LISA A. LAWRENCE
                                                 Attorneys for Plaintiff
                                                 THOMAS A. GONDA, JR., M.D.

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendants The Permanente Medical Group, Inc. in its capacity as Plan Administrator and The Permanente Medical Group, Inc. Long Term Disability Plan for Physicians have an extension to and including June 27, 2011 to answer or otherwise respond to plaintiff's Complaint in this action.

Date: May 27, 2011          By: _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF SERVICE

*Thomas A. Gonda, Jr., M.D v. The Permanente Medical Group, Inc. in its capacity as Plan Administrator, et al.*
*U.S.D.C., Northern District of California, Case No.: 3:11-cv-01363-SC*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Julian M. Baum
> Lisa A. Lawrence
> JULIAN M. BAUM & ASSOCIATES
> 9 Tenaya Lane
> Novato, California 94947
> Telephone:  (415) 963-4424
> Facsimile:   (888) 452-3849
> ***Attorney for Plaintiff, Thomas A. Gonda, Jr., M.D.***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on May 26, 2011, at San Francisco, California.

_____
Stacey Muller