IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. GONDA, JR., | ) Case No. 11-01363 SC |
| Plaintiff, | ) ORDER STAYING CASE |
| v. | ) |
| THE PERMANENTE MEDICAL GROUP, et al., | ) |
| Defendants. | ) |

Thomas A. Gonda, Jr. ("Plaintiff") brings this action for equitable relief and benefits under the Employee Retirement Income Security Act ("ERISA"). ECF No. 1 ("Compl.") ¶ 1. Plaintiff alleges that The Permanente Medical Group, et al. ("Defendants") breached their obligations under ERISA and an employee welfare benefit plan by failing to conduct a proper review prior to terminating Plaintiffs' benefits under the plan. Id. ¶ 10. Plaintiff has also initiated an arbitration proceeding against Defendants regarding Defendants' decision that Plaintiff is precluded from returning to employment as a cardiothoracic surgeon. ECF No. 15 ("JCMS") at 8. On August 8, 2011, Plaintiff asked that the Court stay this action pending further developments in the arbitration proceeding. ECF No. 18. Defendants have not filed an objection to this request. In the interest of judicial economy,

the Court STAYS this action.  Within ten (10) days of final resolution of the pending arbitration proceeding, Plaintiff shall notify the Court of the outcome and file a request for the Court to lift its stay.

IT IS SO ORDERED.

Dated: September 9, 2011



UNITED STATES DISTRICT JUDGE