[Counsel listed on signature page]

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS A. GONDA, JR., M.D.,<br>an individual, | )<br>) Case No. CV 11-01363 SC<br>) |
| vs. | ) STIPULATION ADVISING COURT OF<br>) ARBITRATION RESOLUTION AND |
| THE PERMANENTE MEDICAL GROUP,<br>INC. in its capacity as Plan Administrator;<br>THE PERMANENTE MEDICAL GROUP,<br>INC. LONG TERM DISABILITY PLAN<br>FOR PHYSICIANS, | ) CONTINUING STAY FOR ADMINISTRATIVE<br>) APPEAL AND [~~Proposed~~]<br>) ORDER<br>)<br>) |
| Defendants. | )<br>)<br>) |
| _____ | )<br>) |

/// 

///

The parties respectfully submit the following Stipulation and [Proposed] Order thereon: advising the Court of the arbitration resolution and requesting a further stay of proceedings in order for Plaintiff to complete, and defendants to consider, an administrative appeal of the termination of Dr. Gonda's long term disability benefits.

1. This action arises from defendants' decision to terminate payment of disability insurance benefits to plaintiff Thomas A. Gonda, Jr., M.D., as of October 7, 2010.

2. Plaintiff filed suit in this Court on March 22, 2011, seeking an order directing defendants to produce Dr. Gonda's claim file and other documents and information and thereafter to allow him to complete an administrative appeal of the termination of long term disability benefits under the applicable ERISA regulation, 29 C.F.R. §2560.503-1.

3. Plaintiff Dr. Gonda also initiated an arbitration proceeding against his former employer, The Permanente Medical Group, Inc. ("TPMG") and the Kaiser Foundation Hospitals, seeking reinstatement of his employment and/or other relief.   In this action, TPMG is sued (only) in its capacity as the Plan Administrator of the defendant ERISA Plan, which is known as The Permanente Medical Group, Inc. Long Term Disability Plan For Physicians (the "ERISA Plan").  Neither the ERISA Plan nor its insurer, Life Insurance Company of North America ("LINA"), was a party to the arbitration.  However, the interests of the ERISA Plan and LINA were potentially affected by the outcome of the arbitration.

4. On September 8, 2011, at plaintiff's request and without objection by defendants, the Court stayed this action pending final resolution of the arbitration proceedings.

5. According to plaintiff, the arbitration proceedings have been concluded by a confidential settlement and that settlement has been consummated.  Defendants have agreed that they will permit Dr. Gonda to complete an administrative appeal of the termination of his disability benefits before further proceedings in this Court.  Defendants have stated and represent that they have produced to plaintiff complete copies of any and all documents and information to which he is entitled under ERISA and its implementing federal regulations.

1         6.    Plaintiff has agreed to submit his administrative appeal to LINA within

2     sixty (60) days of entry of the below Order.

3         7.    The parties further agree to an additional stay of this litigation for one

4     hundred and twenty (120) days in order to allow a determination to be made on Plaintiff's

5     administrative appeal.

6         8.    This stipulation is a matter of agreement between the parties and

7     Defendants do not agree that Plaintiff shall be deemed a prevailing party in this action based on

8     this stipulation and agreement.

9                       Respectfully submitted,

10    Dated: April 19, 2012             JULIAN M. BAUM & ASSOCIATES

11

12                           by    /s/ by Julian M. Baum

                              Julian M. Baum (CA Bar No. 130892)

13                                  Lisa A. Lawrence (CA Bar No. 132310)

                              JULIAN M. BAUM & ASSOCIATES

14                                  9 Tenaya Lane

15                                  Novato, California 94947

                              Telephone:  (415) 963-4424

16                                  Facsimile:  (888) 452-3849

                              E-mail:    JMB@JMBLawGroup.com

17

18                                  Attorneys for Plaintiff,

                              THOMAS A. GONDA, JR., M.D.

19

20    Dated: April 19, 2012             WILSON, ELSER, MOSKOWITZ,

                                  EDELMAN & DICKER LLP

21

22                       By:    /s/ by Charan M. Higbee

                              Adrienne C. Publicover (SB No. 161432)

23                                  Charan M. Higbee (SB No. 148293)

                              WILSON, ELSER, MOSKOWITZ,

24                                  EDELMAN & DICKER LLP

25                                  525 Market Street – 17th Floor

                              San Francisco, California 94105-2725

26                                  Telephone:  (415) 433-0990

27    *Stipulation Advising Court of Arbitration*
    *Resolution, etc.  And Proposed Order*        *Page 3 of 5*        *Case No. CV 11-0163 SC*

28

Facsimile:   (415) 434-1370
Email:  Charan.Higbee@Wilsonelser.com

Attorneys For Defendants,
THE PERMANENTE MEDICAL GROUP,
INC. In Its Capacity As Plan Administrator;
THE PERMANENTE MEDICAL GROUP,
INC. LONG TERM DISABILITY
PLAN FOR PHYSICIANS

*[PROPOSED ORDER SET FORTH ON NEXT PAGE]*

DECLARATION RE CONCURRENCE OF SIGNATORIES
UNITED STATES DISTRICT COURT, N.D. CAL.
GENERAL ORDER 45
The undersigned ECF filer hereby attests that concurrence in the filing of the
foregoing document has been obtained from each of the other signatories whose signature
is indicated by the notation " /s/ [name of signatory]."
I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.
Dated: April 27, 2012                          /s/ Julian M. Baum
                                               Julian M. Baum

*[Proposed]*

### ORDER

The parties having stipulated as set forth above, IT IS ORDERED as follows:

1.     The Court's stay of this action is continued for one hundred and twenty (120) days from the date of entry of this Order;

2.     Plaintiff shall submit to defendants his administrative appeal of the termination of his disability benefits within sixty (60) days of entry of this Order; and

4.     Defendants shall perform a full and fair review of plaintiff's appeal in accordance with the applicable provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1001 *et seq.*, and its implementing federal regulations.

**IT IS SO ORDERED.**

May 1, 2012
Dated:  ~~April~~ ____, 2012

_____
SAM~~___~~
UNIT~~___~~                         ___ JUDGE

IT IS SO ORDERED
Judge Samuel Conti