[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

THOMAS A. GONDA, JR., M.D.,
an individual,

    vs.

THE PERMANENTE MEDICAL GROUP,
INC. in its capacity as Plan Administrator;
THE PERMANENTE MEDICAL GROUP,
INC. LONG TERM DISABILITY PLAN
FOR PHYSICIANS,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-01363 SC

STIPULATION ADVISING COURT OF
ARBITRATION RESOLUTION AND
CONTINUING STAY FOR ADMINISTRATIVE
APPEAL AND [Proposed]
ORDER

///

///

1         The parties respectfully submit the following Stipulation and [Proposed]

2    Order thereon: advising the Court of the arbitration resolution and requesting a further stay

3    of proceedings in order for Plaintiff to complete, and defendants to consider, an

4    administrative appeal of the termination of Dr. Gonda's long term disability benefits.

5         1.    This action arises from defendants' decision to terminate payment of

6    disability insurance benefits to plaintiff Thomas A. Gonda, Jr., M.D., as of October 7, 2010.

7         2.    Plaintiff filed suit in this Court on March 22, 2011, seeking an order

8    directing defendants to produce Dr. Gonda's claim file and other documents and information and

9    thereafter to allow him to complete an administrative appeal of the termination of long term

10    disability benefits under the applicable ERISA regulation, 29 C.F.R. §2560.503-1.

11         3.    Plaintiff Dr. Gonda also initiated an arbitration proceeding against his

12    former employer, The Permanente Medical Group, Inc. ("TPMG") and the Kaiser Foundation

13    Hospitals, seeking reinstatement of his employment and/or other relief.   In this action, TPMG is

14    sued (only) in its capacity as the Plan Administrator of the defendant ERISA Plan, which is

15    known as The Permanente Medical Group, Inc. Long Term Disability Plan For Physicians (the

16    "ERISA Plan").  Neither the ERISA Plan nor its insurer, Life Insurance Company of North

17    America ("LINA"), was a party to the arbitration.  However, the interests of the ERISA Plan and

18    LINA were potentially affected by the outcome of the arbitration.

19         4.    On September 8, 2011, at plaintiff's request and without objection by

20    defendants, the Court stayed this action pending final resolution of the arbitration proceedings.

21         5.    According to plaintiff, the arbitration proceedings have been concluded by

22    a confidential settlement and that settlement has been consummated.  Defendants have agreed

23    that they will permit Dr. Gonda to complete an administrative appeal of the termination of his

24    disability benefits before further proceedings in this Court.  Defendants have stated and represent

25    that they have produced to plaintiff complete copies of any and all documents and information to

26    which he is entitled under ERISA and its implementing federal regulations.

27    *Stipulation Advising Court of Arbitration Resolution, etc.  And Proposed Order*    *Page 2 of 5*    *Case No. CV 11-0163 SC*

28

1    6.    Plaintiff has agreed to submit his administrative appeal to LINA within

2    sixty (60) days of entry of the below Order.

3    7.    The parties further agree to an additional stay of this litigation for one

4    hundred and twenty (120) days in order to allow a determination to be made on Plaintiff's

5    administrative appeal.

6    8.    This stipulation is a matter of agreement between the parties and

7    Defendants do not agree that Plaintiff shall be deemed a prevailing party in this action based on

8    this stipulation and agreement.

9                                                    Respectfully submitted,

10   Dated: April 19, 2012                           JULIAN M. BAUM & ASSOCIATES

11

12                                          by____/s/ by Julian M. Baum____

13                                                  Julian M. Baum (CA Bar No. 130892)
                                                    Lisa A. Lawrence (CA Bar No. 132310)

14                                                  JULIAN M. BAUM & ASSOCIATES
                                                    9 Tenaya Lane

15                                                  Novato, California 94947
                                                    Telephone:  (415) 963-4424

16                                                  Facsimile:  (888) 452-3849
                                                    E-mail:     JMB@JMBLawGroup.com

17

18                                                  Attorneys for Plaintiff,
                                                    THOMAS A. GONDA, JR., M.D.

19

20   Dated: April 19, 2012                          WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP

21

22                                          By:    ____/s/ by Charan M. Higbee____

23                                                  Adrienne C. Publicover (SB No. 161432)
                                                    Charan M. Higbee (SB No. 148293)

24                                                  WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP

25                                                  525 Market Street – 17th Floor
                                                    San Francisco, California 94105-2725

26                                                  Telephone:  (415) 433-0990

27   *Stipulation Advising Court of Arbitration*        *Page 3 of 5*          *Case No. CV 11-0163 SC*
     *Resolution, etc.  And Proposed Order*

28

Facsimile:   (415) 434-1370
Email:  Charan.Higbee@Wilsonelser.com

Attorneys For Defendants,
THE PERMANENTE MEDICAL GROUP,
INC. In Its Capacity As Plan Administrator;
THE PERMANENTE MEDICAL GROUP,
INC. LONG TERM DISABILITY
PLAN FOR PHYSICIANS

*[PROPOSED ORDER SET FORTH ON NEXT PAGE]*

DECLARATION RE CONCURRENCE OF SIGNATORIES
UNITED STATES DISTRICT COURT, N.D. CAL.
GENERAL ORDER 45
The undersigned ECF filer hereby attests that concurrence in the filing of the
foregoing document has been obtained from each of the other signatories whose signature
is indicated by the notation " /s/ [name of signatory]."
I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.
Dated: April 27, 2012                          /s/ Julian M. Baum
                                                        Julian M. Baum

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*[Proposed]*

*ORDER*

      The parties having stipulated as set forth above, IT IS ORDERED as follows:

1.     The Court's stay of this action is continued for one hundred and twenty (120) days from the date of entry of this Order;

2.     Plaintiff shall submit to defendants his administrative appeal of the termination of his disability benefits within sixty (60) days of entry of this Order; and

4.     Defendants shall perform a full and fair review of plaintiff's appeal in accordance with the applicable provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1001 *et seq.*, and its implementing federal regulations.

**IT IS SO ORDERED.**

May 1, 2012

Dated: ~~April~~ ____, 2012

_____

SAM_____

UNITE_____ JUDGE

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA