[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. GONDA, JR., M.D., an individual, | Case No. CV 11-01363 SC |
| vs. | STIPULATION AND [~~REQUESTED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| THE PERMANENTE MEDICAL GROUP, INC. in its capacity as Plan Administrator; THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN FOR PHYSICIANS, | Hon. Samuel Conti Senior United States District Judge |
| Defendants. | Case Management Conference: Date:  July 26, 2013 Time:  10:00 a.m. Courtroom:  Hon. Samuel Conti United States District Judge |

At the request of plaintiff's counsel, the parties jointly and respectfully request that the Court continue the scheduled Case Management Conference to either Friday, August 2, 2013, or August 23, 2013, or such other later date convenient to the Court's calendar.  The reason for this request is that undersigned plaintiff's counsel is scheduled to be in depositions in New York, New York on July 25, 2013 and July 26, 2013 and in Atlanta, Georgia on July 30, 2013 in another case pending in this Court, *Eisner v. The Prudential Insurance Company of America*, 12-cv-01238 JST.  Plaintiff's counsel, with the

1  concurrence of defense counsel, respectfully requests the Court's indulgence in granting a

2  short continuance of the Case Management on its calendar.

3      Counsel for defendants, Charan M. Higbee, is unavailable the week of August 5,

4  2013 due to a pre-arranged vacation.

6  Dated: July 18, 2013            Respectfully submitted,

7                                           JULIAN M. BAUM & ASSOCIATES

9                               by    /s/ *by Julian M. Baum*
10                                          Julian M. Baum (CA Bar No. 130892)
                                         Lisa A. Lawrence (CA Bar No. 132310)
11                                          JULIAN M. BAUM & ASSOCIATES
                                         9 Tenaya Lane
12                                          Novato, California 94947
                                         Telephone:  (415) 963-4424
13                                          Facsimile:   (888) 452-3849
14                                          E-mail:    JMB@JMBLawGroup.com
                                         Attorney for Plaintiff,
15                                          THOMAS A. GONDA, JR., M.D.

17 Dated:  July 18, 2013           WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP

18 The Case Management Conference in this
19 action is rescheduled on the Court's calendar By:    /s/ *Charan M. Higbee*
   to **Friday, August 23, 2013 at 10:00 a.m.**     Adrienne C. Publicover (SB No. 161432)
20                                          Charan M. Higbee (SB No. 148293)
21                                          WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP
22           07/19/2013              525 Market Street – 17th Floor
23                                          San Francisco, California 94105-2725
   IT IS SO ORDERED            Telephone:  (415) 433-0990
24                                          Facsimile:   (415) 434-1370
25                                          Email:  Charan.Higbee@Wilsonelser.com
   Judge Samuel Conti           Attorneys For Defendants,
26                                          THE PERMANENTE MEDICAL GROUP,
                                         INC. In Its Capacity As Plan Administrator;
27                                          THE PERMANENTE MEDICAL GROUP,
                                         INC. LONG TERM DISABILITY
28                                          PLAN FOR PHYSICIANS