[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS A. GONDA, JR., M.D., an individual, | ) ) Case No. CV 11-01363 SC |
| vs. | ) ) STIPULATION AND [~~REQUESTED~~] ) ORDER CONTINUING CASE MANAGEMENT ) CONFERENCE |
| THE PERMANENTE MEDICAL GROUP, INC. in its capacity as Plan Administrator; THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN FOR PHYSICIANS, | ) ) Hon. Samuel Conti ) Senior United States District Judge ) ) Case Management Conference: |
| Defendants. | ) Date:  July 26, 2013 ) Time:  10:00 a.m. ) Courtroom:  Hon. Samuel Conti ) United States District Judge ) ) |

At the request of plaintiff's counsel, the parties jointly and respectfully request that the Court continue the scheduled Case Management Conference to either Friday, August 2, 2013, or August 23, 2013, or such other later date convenient to the Court's calendar.  The reason for this request is that undersigned plaintiff's counsel is scheduled to be in depositions in New York, New York on July 25, 2013 and July 26, 2013 and in Atlanta, Georgia on July 30, 2013 in another case pending in this Court, *Eisner v. The Prudential Insurance Company of America*, 12-cv-01238 JST.  Plaintiff's counsel, with the

1  concurrence of defense counsel, respectfully requests the Court's indulgence in granting a

2  short continuance of the Case Management on its calendar.

3          Counsel for defendants, Charan M. Higbee, is unavailable the week of August 5,

4  2013 due to a pre-arranged vacation.

5

6  Dated: July 18, 2013                    Respectfully submitted,

7                                          JULIAN M. BAUM & ASSOCIATES

8

9                                          by____/s/ by Julian M. Baum_____

10                                         Julian M. Baum (CA Bar No. 130892)
                                           Lisa A. Lawrence (CA Bar No. 132310)

11                                         JULIAN M. BAUM & ASSOCIATES
                                           9 Tenaya Lane

12                                         Novato, California 94947
                                           Telephone:  (415) 963-4424

13                                         Facsimile:   (888) 452-3849

14                                         E-mail:     JMB@JMBLawGroup.com
                                           Attorney for Plaintiff,

15                                         THOMAS A. GONDA, JR., M.D.

16

17  Dated:  July 18, 2013                  WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

18
    The Case Management Conference in this
19  action is rescheduled on the Court's calendar  By:   /s/ Charan M. Higbee_____
    to **Friday, August 23, 2013 at 10:00 a.m.**        Adrienne C. Publicover (SB No. 161432)

20                                         Charan M. Higbee (SB No. 148293)

21                                         WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

22                                         525 Market Street – 17th Floor

23                                         San Francisco, California 94105-2725
                                           Telephone:  (415) 433-0990

24                                         Facsimile:   (415) 434-1370

25                                         Email:  Charan.Higbee@Wilsonelser.com
                                           Attorneys For Defendants,

26                                         THE PERMANENTE MEDICAL GROUP,
                                           INC. In Its Capacity As Plan Administrator;

27                                         THE PERMANENTE MEDICAL GROUP,
                                           INC. LONG TERM DISABILITY

28                                         PLAN FOR PHYSICIANS

07/19/2013

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA