**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. GONDA, JR., M.D., | Case No. 13-cv-01063-SC |
| Plaintiff, | ORDER TO SHOW CAUSE RE: MOTION TO SEAL |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC.; and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN FOR PHYSICIANS, | |
| Defendants. | |

Now before the Court is Defendants The Permanente Medical Group, Inc. ("TPMG") and The Permanent Medical Group, Inc. Long Term Disability Plan for Physicians' ("TMPG Plan") motion to file the Mediation Brief on Behalf of Thomas Gonda, Jr. M.D. under seal. ECF No. 86. Defendants seek to file a complete and unredacted copy of the brief under seal, and they ask that no portion of the brief be filed in the public record. Id.

Dr. Gonda marked the brief as confidential pursuant to the Protective Order issued in this case. Id. at 4; see ECF No. 55. Civil Local Rule 79-5(e) specifies that when a party seeks to file

under seal a document marked as confidential by another party, the party that designated the document as confidential must file a supporting declaration within four days of the filing of the motion to file under seal.  Defendants filed their motion to file under seal on January 27.  It is now nine days later, and Dr. Gonda has not filed a supporting declaration.  Dr. Gonda is hereby ORDERED to show cause why the mediation brief should not be filed in the public record.  Dr. Gonda shall file the necessary supporting documents (as described in the Protective Order and Civil Local Rules) within four (4) days of the signature date of this Order.  Failure to do so will result in denial of the motion to file under seal and a corresponding order for Defendants to file the brief in the public record.  Dr. Gonda is further admonished that future failures to comply with the protective order and Civil Local Rules may result in denial of motions to file under seal.

IT IS SO ORDERED.

Dated: February 5, 2015

_____
UNITED STATES DISTRICT JUDGE

2